# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 1-800-FLOWERS.COM, INC., | |
| Plaintiff, | No. 2:11-cv-01038-DRH-WDW |
| v. | Hon. Judge Denis R. Hurley |
| FLOWERS, LLC and HUR GULER, | Magistrate Judge William D. Wall |
| Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

The parties having settled their dispute, pursuant to Fed.R.Civ.P. 41, Plaintiff 1-800-Flowers.com, Inc. hereby dismisses the Complaint with prejudice, and Defendants Flowers, LLC and Hur Guler hereby dismiss the Counterclaim with prejudice.  Each party shall bear its own costs respecting this action, and any future claims shall be in accordance with the express terms of the Settlement Agreement between the parties to the extent those terms apply.

DATED this 18th day of October, 2013.

**PLAINTIFF:**

/s/ Judith A. Powell
Judith A. Powell
James W. Faris
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA
Telephone:  (404) 815-6433
Facsimile:  (404) 815-3347
E-mail:  JPowell@ktslaw.com

**DEFENDANTS:**

/s/ Thomas P. O'Connell
Thomas P. O'Connell
O'Connell Law Office
1026a Massachusetts Avenue
Arlington, MA 02476
Telephone:  (781) 643-1845
Facsimile: (781) 643-1846
E-mail: tpo@oconnellusa.com

US2008 5020749 1

| | |
|---|---|
| Thomas E. Plastaras | Francesco Sardone |
| Gallagher, Walker, Bianco & Plastaras | Carter, DeLuca, Farrell & Schmidt, LLP |
| 98 Willis Avenue | 445 Broad Hollow Road, Suite 225 |
| Mineola, NY 11502 | Melville, NY 11747 |
| Telephone:  (516) 248-2002 | Telephone:  (631) 501-5700 |
| Facsimile:  (516) 248-2394 | Facsimile: (631) 501-3526 |
| E-mail:  TPlastaras@gwbplaw.com | E-mail: fsardone@cdfslaw.com |
| *Attorneys for Plaintiff 1-800-Flowers.com, Inc.* | *Attorneys for Defendants Flowers, LLC and Hur Guler* |

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

    Thomas P. O'Connell, Esq.
    O'Connell Law Office
    1026A Massachusetts Avenue
    Arlington, MA 02476

                                          /s/ Judith A. Powell
                                          Judith A. Powell
                                          Attorney for Plaintiff
                                          1-800-Flowers.com, Inc.